UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

WILLIAM SEIBERT,

    Plaintiff,                                     Case No. 3:20-cv-251

vs.

METROPOLITAN LIFE INSURANCE
COMPANY,                                  District Judge Michael J. Newman

    Defendants.

**ORDER**

    This civil case came before the Court for a preliminary pretrial conference on April 8, 2021. Plaintiff's counsel advised the Court that they have settled the matter and are planning to dismiss the case. The Court anticipates that counsel will file a notice of dismissal in the next 30 days.

    **IT IS SO ORDERED.**

Date:  April 13, 2021                                 s/Michael J. Newman
                                                       Michael J. Newman
                                                       United States District Judge